**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| BALTAZAR B. GUZMAN | ) | BANKRUPTCY CASE NUMBER 08-12681 |
| PATRICIA GUZMAN | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 6 | American Health Fitness Center<br>c/o W. Randall Kammeyer<br>116 East Berry Street, Suite 302<br>Fort Wayne, Indiana   46802 | $ 0.60 |
| CLAIM #12 | Northern Indiana Public Service Co.<br>Attn: Revenue Assurance & Recovery<br>801 East 86th Avenue<br>Merrillville, Indiana   46410 | $ 1.67 |
| CLAIM #16 | Summit Plastic Surgery<br>c/o Snow & Sauerteig LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana   46802 | $ 1.70 |
| CLAIM #17 | Summit Radiology<br>c/o Snow & Sauerteig LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana   46802 | $ 3.09 |

**TOTAL:   $ 7.06**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:  260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of March, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at <u>USTPRegion10.SO.ECF@usdoj.gov</u>,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

                                                                                                ____/s/ Yvette Gaff Kleven_____
                                                                                                 Yvette Gaff Kleven